ERIC GRANT
United States Attorney
MATTHEW H. NORWOOD
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  5:25-PO-00212-CDB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL SETTING |
| v. | DATE: March 6, 2026 |
| JEREMY C. TOMPKINS, | TIME: 10:00 AM |
| Defendant. | COURT: Hon. Christopher D. Baker |

**JOINT STIPULATION TO CONTINUE TRIAL SETTING**

Plaintiff United States of America, by and through its counsel of record, and defendant, representing herself *pro se*, hereby stipulate as follows:

1.    By previous order, this matter was set for a bench trial before the Honorable Christopher D. Baker on March 6, 2026 at Edwards Air Force Base.

2.    However, the Edwards Air Force Base courtroom will be unavailable on March 6, 2026 for the instant matter due to a military court-martial taking place the same week.

3.    As such, the parties agree and stipulate that the bench trial currently scheduled for March 6, 2026 be vacated and a bench trial be set for June 5, 2026 at 10:00 am.

4.    This case does not involve a pending class A misdemeanor or felony.  No exclusion of time is necessary.

IT IS SO STIPULATED.

1

///

///

Dated:  February 26, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW H. NORWOOD
MATTHEW H. NORWOOD
Special Assistant United States
Attorney

Dated:  February 26, 2026

/s/ JEREMY C. TOMPKINS
JEREMY C. TOMPKINS
Defendant
JEREMY C. TOMPKINS

## ORDER ON STIPULATION

Based upon the stipulation and representations of the parties, the Court HEREBY ORDERS that the bench trial be continued from March 6, 2026 to June 5, 2026 at 10:00 am at Edwards Air Force Base, and that the parties appear on that date at that time.

IT IS SO ORDERED.

Dated:    **February 26, 2026**

UNITED STATES MAGISTRATE JUDGE

2