ERIC GRANT
United States Attorney
MATTHEW NORWOOD
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMY C. TOMPKINS,<br><br>Defendant. | Case No. 5:25-po-00212-CDB<br><br>[Citation #09888115 CA/14]<br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Eric Grant, United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED:  May 11, 2026                     Respectfully submitted,

                                          ERIC GRANT
                                          United States Attorney

                            By:    /s/ *Matthew H. Norwood*
                                          MATTHEW H. NORWOOD
                                          Special Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that this case is DISMISSED without prejudice in the interest of justice and the trial scheduled for June 5, 2026, is VACATED.

IT IS SO ORDERED.

Dated:   **May 11, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. Tompkins
Case No. 5:25-po-00212-CDB